closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**,<br><br>    Plaintiff,<br><br>v.<br><br>**Starbucks Corporation**, a Washington Corporation; and Does 1-10,<br><br>    Defendants. | Case No. 2:19-cv-07371-RGK-JEM<br><br>~~[PROPOSED]~~ JUDGMENT GRANTING DEFENDANT STARBUCKS CORPORATION D/B/A STARBUCKS COFFEE COMPANY'S MOTION FOR SUMMARY JUDGMENT<br><br>Date:    09/21/2020<br>Time:   9:00 a.m.<br>Place:  Roybal Federal Building and<br>          U.S. Courthouse<br>          255 East Temple Street<br>          Los Angeles, CA, 90012<br>          Courtroom 850, 8th Floor<br>JUDGE:  R. Gary Klausner |

///

///

///

1.

LITTLER MENDELSON, P.C.
18565 Jamboree Road
Suite 800
Irvine CA 92612
949.705.3000

The Motion for Summary Judgment ("Motion") of Defendant Starbucks Corporation d/b/a Starbucks Coffee Company ("Defendant") came on regularly for hearing on September 21, 2020 before the Honorable R. Gary Klausner, judge presiding.

The Court, having considered the evidence proffered in support of and in opposition to Defendant's Motion, having read and considered the supporting, opposition and reply points and authorities, and having heard and considered the arguments of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendant's Motion for Summary Judgment is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claim for violation of Title III of the Americans with Disabilities Act of 1990 as to dining tables is moot, and therefore this Court does not have subject matter jurisdiction over this claim as a matter of law.

ACCORDINGLY, Plaintiff's entire complaint is dismissed with prejudice, and judgment is entered in favor of Defendant.

**IT IS SO ORDERED**.

Dated: September 25, 2020

HONORABLE R. GARY KAUSNER

4810-4965-0621.1 104108.1004